UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| PATRICK FINN and LIGHTHOUSE MANAGEMENT GROUP, INC. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CENTIER BANK and PEOPLES BANK SB, )<br>)<br>Defendants. ) | CIVIL NO. 2:11cv159 |

## OPINION AND ORDER

This matter is before the court on a motion to reconsider filed by the plaintiff, Lighthouse Management Group, Inc., as Receiver for First United Funding, LLC ("Receiver"), on October 31, 2011. Defendant Peoples Bank SB ("Peoples") filed a response to the motion on October 24, 2011, to which the Receiver replied on October 31, 2011.

Also before the court is a motion for oral argument on the motion to reconsider, filed by the Receiver on October, 31, 2011.

After reviewing the briefs relating to the motion to reconsider the court believes that oral argument may be useful. Therefore the motion for oral argument is hereby GRANTED. Oral argument is hereby set on March 23, 2012 at 10:30 a.m.

Entered: February 9, 2012.

s/ William C. Lee
William C. Lee, Judge
United States District Court